## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MONICA PLACK, RICHARD PLACK, and GRAM AND GRAMP'S HOUSE IS HOME, LLC, | |
|     Plaintiffs, | Case No. 5:20-cv-01160 |
|     v. | Judge Sara Lioi |
| PERRY TOWNSHIP, OHIO, | |
|     Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Having reached an agreement with Perry Township, Ohio to resolve this matter amicably, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Monica Plack, Richard Plack, and Gram and Gramp's House is Home, LLC dismiss this action with prejudice with the stipulated consent of Perry Township, Ohio. The parties further stipulate that the Stipulation of Partial Settlement and Consent Order for Injunctive Relief (ECF No. 16), including Section II(b) therein, shall remain in full force and effect for a period of three (3) years from September 21, 2020. All parties are to bear their own fees and costs.

Dated: June 3, 2021

                                      Respectfully submitted,

| /s/ Jean M. Zachariasiewicz | /s/ Gregory A. Beck |
|---|---|
| Jean M. Zachariasiewicz | Gregory A. Beck (0018260) |
| *Admitted Pro Hac Vice* | Andrea K. Ziarko (0073755) |
| Anisha S. Queen | BAKER, DUBLIKAR, BECK, |
| *Admitted Pro Hac Vice* | WILEY & MATHEWS |
| BROWN, GOLDSTEIN & LEVY, LLP | 400 S. Main Street |
| 120 E. Baltimore Street, Suite 1700 | North Canton, Ohio 44720 |
| Baltimore, MD  21202 | Phone: (330) 499-6000 |
| Phone: (410) 962-1030 | Fax: (330) 499-6423 |
| Fax: (410) 385-0869 | beck@bakerfirm.com |
| jmz@browngold.com | andreaz@bakerfirm.com |
| aqueen@browngold.com | |
| | *Counsel for Defendant* |
| Stephen M. Dane (0013057) | |
| DANE LAW LLC | |
| 312 Louisiana Ave. | |
| Perrysburg, OH 43551 | |
| Phone: (419) 873-1814 | |
| sdane@fairhousinglaw.com | |
| | |
| *Counsel for Plaintiffs* | |