# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MONICA PLACK, et al., | ) | CASE NO. 5:20-cv-1160 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PERRY TOWNSHIP, OHIO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

The parties in this case reached an agreement to resolve this matter and have filed a stipulated notice of dismissal with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). As part of their resolution of this matter, the parties further stipulate that the Stipulation of Partial Settlement and Consent Order for Injunctive Relief (Doc. No. 16) entered by the Court on September 21, 2020, shall remain in full force and effect in its entirety for a period of three (3) years from that date. (Doc. No. 37.)

Accordingly, the Stipulation of Partial Settlement and Consent Order for Injunctive Relief (Doc. No. 16) entered by the Court on September 21, 2020, shall remain in full force and effect in its entirety until September 21, 2023. Pursuant to the parties' Rule 41 stipulation of dismissal, the Clerk shall terminate the case.

**IT IS SO ORDERED**.

Dated: June 10, 2021

HONORABLE SARA LIOI

_____
**UNITED STATES DISTRICT JUDGE**
